**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KARA HINDERLIE,**<br><br>               Plaintiff,<br><br>         v.<br><br>**BANK OF AMERICA, N.A.,** a national association**, RECONTRUST COMPANY, N.A.,** a national association**, U.S. BANK, N.A.,** as trustee for the holders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE2, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** a foreign corporation**,**<br><br>               Defendants. | Case No. _____<br><br>Defendant Recontrust Company, N.A.'s CORPORATE DISCLOSURE STATEMENT<br><br>Pursuant to Fed. R. Civ. P. 7.1 |

PAGE 1 -   CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant ReconTrust Company, N.A., states that it is 100% owned by Bank of America, National Association.

DATED: October 12, 2012

**LANE POWELL** PC

By    /s/  Pilar C. French
Pilar C. French, OSB No. 962880
Telephone: 503.778.2170
Attorneys for Defendants

PAGE 2 -    CORPORATE DISCLOSURE STATEMENT